approved and reversed and new findings and conclusions made. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

JENNETTE VILLONE, Respondent, v. PETER VILLONE, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ. [135 Misc. 512.]

JAMES STEWART & Co., INC., Appellant, v. THE STATE OF NEW YORK, Respondent. (Claim No. 17663.) — Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

WILLIAM J. KAM, Appellant, v. ADAM LIPPERT, Respondent.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crosby, Taylor, Edgcomb and Thompson, JJ.

ALBERT FILIPCZAK, Respondent, v. THOMAS JANOWISKI, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

SOPHIA CAMPBELL, . Appellant, v. BERTHA CRULL and Others, Defendants. EMMA F. CAMPBELL and Others, Respondents.— Order modified so as to provide that the resale be had upon condition that the respondent Emma F. Campbell pay the legal disbursements and referee's fees of the former sale, that she reimburse the plaintiff for moneys paid for insurance of title, the title insurance to be assigned to Emma F. Campbell, or as she may direct, and that she file a bond or make a cash deposit to insure a bid of at least $12,000 on the sale to be had, and as thus modified the order is affirmed, without costs of this appeal to either party. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

CYRUS F. CLARK and Another, Respondents, v. FRANK M. HENNESSY and Others, Appellants.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

CYRUS F. CLARK, Respondent, v. FRANK M. HENNESSY and Others, Appellants. — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

CYRUS F. CLARK, Respondent, v. RICHLAND BASKET COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

RICHLAND BASKET COMPANY, INCORPORATED, and Another, Appellants, v. CYRUS F. CLARK and Another, Respondents.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

VINCENZO ALAIMO, Respondent, v. LUCIA P. ANGE and Others, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied, upon the ground that leave to appeal is unnecessary. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

ALEXANDER A. KUBERA, Respondent, v. WEBSTER CITIZENS COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MILTON BOORUM, Appellant.— Appeal dismissed, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

SANTO LA MARK, Plaintiff, v. OSCAR SANDQUIST, Defendant.— Appeal dis-